### 13848.   HANSARD *v.* THE STATE.

BROYLES, C. J.   The special grounds of the motion for a new trial are without substantial merit; the verdict was authorized by the evidence, and the court did not err in refusing a new trial.
                    *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
                    DECIDED NOVEMBER 14, 1922.

Accusation of cheating and swindling; from city court of Carrollton — Judge Hood.   July 1, 1922.

*E. S. Griffith, H. C. Strickland, James Beall, Emmett Smith,* for plaintiff in error.

*Willis Smith, solicitor, Smith & Millican,* contra.